

DAVID B. BARLOW, United States Attorney (#13117)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 325-3387

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **INDICTMENT** |
| Plaintiff, | : | VIOLATIONS: |
| | | 21 U.S.C. § 841(a)(1), Possession of |
| vs. | : | Marijuana with Intent to Distribute [Count 1]; |
| HICKORY WESLEY MCCOY and STACI MARIE MCCASLIN, | : | 18 U.S.C. § 924(c)(1)(A), Possession of a Firearm in Furtherance of a Drug Trafficking Crime [Count 2]; |
| | : | 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition [Count 3]. |
| Defendants. | : | 18 U.S.C. § 2, Aiding and Abetting [Counts 1, 2 and 3]. |
| | : | |
| | : | |

The Grand Jury charges:

Case: 2:12-cr-00218
Assigned To : Stewart, Ted
Assign. Date : 04/25/2012
Description: USA v.

## COUNT 1
## 21 U.S.C. § 841(a)(1)
(Possession of Marijuana with Intent to Distribute)

On or about January 24, 2012, in the Central Division of the District of Utah,

HICKORY WESLEY MCCOY
and
STACI MARIE MCCASLIN,

defendants herein, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812, and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

## COUNT 2
## 18 U.S.C. § 924(c)(1)(A)
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 24, 2012, in the Central Division of the District of Utah,

HICKORY WESLEY MCCOY
and
STACI MARIE MCCASLIN,

defendants herein, did knowingly possess a firearm, namely, an Intratec 9mm handgun, in furtherance of a drug trafficking crime, to wit: possession of marijuana with intent to distribute, a violation of 21 U.S.C. § 841(a)(1), as alleged in Count 1 of this Indictment, which Count is incorporated by reference herein, and did aid and abet

therein; all in violation of 18 U.S.C. § 924(c)(1)(A) and 18 U.S.C. § 2.

## COUNT 3
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about January 24, 2012, in the Central Division of the District of Utah,

HICKORY WESLEY MCCOY
and
STACI MARIE MCCASLIN,

defendants herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: an Intratec 9mm handgun and associated ammunition, and did aid and abet therein; all in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 2.

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

DAVID B. BARLOW
United States Attorney

_____
J. DREW YEATES
Assistant United States Attorney